UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-20145-CR-ALTONAGA-BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALLEN SEYMOUR,

    Defendant.
_____/

## ORDER

**THIS MATTER** came before the Court on the Government's Ex Parte Motion for In Camera Review, filed April 8, 2008 (DE 36). The Court has reviewed the Motion and the information discussed therein. The Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

The Court agrees with the Government that the information does not fall within the disclosure requirements of Brady v. Maryland, 373 U.S. 83 (1963) or Giglio v. United States, 405 U.S. 150 (1972). Therefore, the United States need not disclose to the Defendant the information referenced in the motion.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15 day of April, 2008.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE